# Court of Appeals
# of the State of Georgia

ATLANTA,  March 04, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1160. DAVID BERNY v. ASBURY ATLANTA AC, LLC.**

After the trial court granted summary judgment in favor of Asbury Atlanta AC, LLC, Asbury moved for attorney fees under OCGA § 9-15-14, which the trial court granted in the amount of $3,500. David Berny has filed a notice of appeal from that order. We lack jurisdiction for two reasons.

First, an appeal from a trial court order awarding OCGA § 9-15-14 attorney fees must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (b); *Capricorn Systems, v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). Second, appeals in actions for damages in which the judgment is $10,000 or less must also be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Berny's failure to comply with the discretionary review procedure deprives us of

jurisdiction over this direct appeal, which is hereby DISMISSED. See *Capricorn Systems*, 253 Ga. App. at 841-842; *Jennings*, 235 Ga. App. at 357.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__03/04/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*